No. 66. *In re* Assessment of Taxes, Orpheum Company, Limited. Appeal from Tax Appeal Court, First Taxation Division. Submitted February 25, 1903. Decided March 2, 1903. Land and buildings, known as Orpheum Premises, situate on Fort street, above Beretania street. Area, 38-100 acre. Returned at $50,000; assessed at $72,485. Valued by Tax Court at $50,000. Appeal by Assessor. *Per Curiam.* Valuation appealed from affirmed.

---

No. 69. *In re* Assessment of Taxes, J. F. Colburn. Appeal from Tax Appeal Court, First Taxation Division. Submitted February 25, 1903. Decided February 25, 1903. Land on Kinau and Lunalilo streets. Area, 60,000 square feet. Returned at $5000; assessed at $10,000. Valued by Tax Court at $9000. Appeal by Assessor. *Per Curiam.* Valuation appealed from affirmed.